IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DERRICK JACKSON, individually as Husband
And Heir-at-Law, and as
SPECIAL ADMINISTRATOR
OF THE ESTATE OF KAREN JACKSON,
a/k/a KAREN DAY, deceased,
TYRA WILLIAMS, Daughter and Heir-at-law
Of Karen Jackson, a/k/a Karen Day, deceased,
EARNEST DAY, Son and Heir-at-law of
Karen Jackson, a/k/a Karen Day, deceased,

      Plaintiffs,

vs.            Case No. 13-CV-1376-RDR-KGS

CITY OF WICHITA KANSAS,
CITY OF WICHITA POLICE
DEPARTMENT OFFICERS
ELIZABETH MARTIN,
and BRYAN C. KNOWLES,

      Defendants.

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL AND TO TEMPORARILY STAY PROCEEDINGS

Defendants City of Wichita, Kansas, Elizabeth Martin, and Bryan C. Knowles submit the following response to the plaintiffs' motion to withdraw as counsel for Derrick Jackson and to temporarily stay proceedings:

1. Defendants have no objections to plaintiffs' motion to withdraw and to temporarily stay proceedings (ECF 30).

2. In accordance with this Court's Scheduling Order (ECF 26), Defendants intended to file an unopposed motion for leave to amend their answer to include defenses of comparative

{T0426350}      1

fault to plaintiff's negligence claims and to clearly assert a defense of privilege to use of force as a defense to plaintiff's battery claim.

3. Given plaintiffs' motion to temporarily stay proceedings, defendants will not file their motion for leave to amend their answer at this time.

4. Defendants request the opportunity to amend their answer once the issues raised in the plaintiffs' motion to withdraw as counsel have resolved and the temporary stay has lifted.

Respectfully submitted,

SHARON L. DICKGRAFE  #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, KS 67202
(316) 268-4681
FAX:  (316) 268-4335
Email:  sdickgrafe@wichita.gov
Attorney for Defendant City of Wichita

and

/s/ J. Steven Pigg
J. Steven Pigg            #09213
Attorney for all Defendants
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street, P. O. Box 949
Topeka, KS  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorney's E-mail address:  spigg@fisherpatterson.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

> James A. Thompson #21263
> Klenda Austerman LLC
> 301 N. Main, Ste. 1600
> Wichita, KS 67202-4816
> (316) 267-0331
> *jthompson@klendalaw.com*
> *Attorney for plaintiffs*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

> Derrick Jackson
> 708 N. Spruce
> Wichita, KS 67209

/s/ J. Steven Pigg
J. Steven Pigg          #09213
Attorney for all Defendants
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P. O. Box 949
Topeka, KS  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorney's E-mail address:  spigg@fisherpatterson.com