IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DERRICK JACKSON, individually as Husband
And Heir-at-Law, and as
CO-SPECIAL ADMINISTRATOR
OF THE ESTATE OF KAREN JACKSON,
a/k/a KAREN DAY, deceased,
TYRA WILLIAMS, Daughter and Heir-at-law
Of Karen Jackson, a/k/a Karen Day, deceased,
and as CO-SPECIAL ADMINISTRATOR
OF THE ESTATE OF KAREN JACKSON,
a/k/a KAREN DAY,
EARNEST DAY, Son and Heir-at-law of
Karen Jackson, a/k/a Karen Day, deceased,
SHANTA DAY, Daughter and Heir-at-law
Of Karen Jackson, a/k/a Karen Day, deceased,

                    Plaintiffs,

vs.                                    Case No. 13-CV-1376-RDR-KGS

CITY OF WICHITA KANSAS,
CITY OF WICHITA POLICE
DEPARTMENT OFFICERS
ELIZABETH MARTIN,
and BRYAN C. KNOWLES,

                    Defendants.

## NOTICE OF BUSINESS RECORDS SUBPOENA

YOU ARE HEREBY NOTIFIED that seven days after the service of this notice

defendants will cause a business records subpoena to be issued and served on the following:

Wichita Police Department, Records Bureau, Attn: Vonnie Forgie, 455 N. Main, Wichita,

KS 67202

A copy of the proposed subpoena is attached.

Respectfully submitted,

SHARON  L. DICKGRAFE  #14071
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, KS 67202
(316) 268-4681
FAX:  (316) 268-4335
Email:  sdickgrafe@wichita.gov
Attorney for Defendant City of Wichita

and

/s/ J. Steven Pigg
J. Steven Pigg            #09213
Attorney for all Defendants
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street,  P. O. Box 949
Topeka, KS  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorney's E-mail address:  spigg@fisherpatterson.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2014, I electronically filed the foregoing with the

clerk of the court by using the CM/ECF system which will send a notice of electronic filing to

the following:

James A. Thompson #21263
Klenda Austerman LLC
301 N. Main, Ste. 1600
Wichita, KS 67202-4816
(316) 267-0331
*jthompson@klendalaw.com*
*Attorney for plaintiffs except*
*Derrick Jackson*

I further certify that I mailed the foregoing document and the notice of electronic filing

by first-class mail to the following non-CM/ECF participants:

Derrick Jackson
2510 South Linden
Wichita, KS 67210

/s/ J. Steven Pigg
J. Steven Pigg          #09213
Attorney for all Defendants
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P. O. Box 949
Topeka, KS  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorney's E-mail address:  spigg@fisherpatterson.com